```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -x
UNITED STATES OF AMERICA        :
      -v-                       :    INFORMATION
CHRISTOPHER CABASSA,            :
                                     S1 07 Cr. 770 (RJH)
            Defendant.          :
- - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: MAY 0 2 2008

## COUNT ONE

The United States Attorney charges:

1.  On or about July 23, 2007, in the Southern District of New York and elsewhere, CHRISTOPHER CABASSA, the defendant, and others known and unknown, would and did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).)

### Forfeiture Allegation

2.  As a result of committing the controlled substance offense alleged in Count One of this Information, CHRISTOPHER CABASSA, the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds the defendant obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to

commit and to facilitate the commission of the violations alleged in this Information.

<u>Substitute Asset Provision</u>

3. If any of the above-described forfeitable property, as a result of any act or omission of CHRISTOPHER CABASSA, the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of CHRISTOPHER CABASSA, the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*[signature]*
MICHAEL J. GARCIA
United States Attorney

-2-