```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
                               :
UNITED STATES OF AMERICA       :
                               :
         v.                    :     S1 07 Cr. 770 (RJH)
                               :
CHRISTOPHER CABASSA,           :
                               :
              Defendant.       :
                               :
- - - - - - - - - - - - - - - X
```

        The above-named defendant, who is accused of violating Title 21, United States Code, Section 841, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by Information instead of by Indictment.

```
                              _____
                              CHRISTOPHER CABASSA
                              Defendant

                              _____
                              Witness

                              _____
                              Daniel Parker, Esq.
                              Counsel for Defendant
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 2 2008

Date:  New York, New York
       May 2, 2008

0202